STATE of Missouri, Respondent,

v.

Darryl MATTHEWS, Appellant.

No. ED 86263.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 6, 2006.

Maleaner Harvey, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GLENN A. NORTON, C.J., LAWRENCE E. MOONEY, J. and ROY L. RICHTER, J.

### ORDER

PER CURIAM.

Darryl Matthews appeals the judgment entered after a jury trial on his convictions for two counts of robbery in the first degree.

We have reviewed the parties' briefs and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided a memorandum setting forth the reasons for our decision in accordance with local Rule 405. The judgment is affirmed under Rule 30.25(b).